# EXHIBIT B

EXHIBIT B



78 likes

jemorganics what he said...

@dudewithsign #dudewithsign #nutella #nopalmoil #nonutella

July 20, 2022